1  JEFFER, MANGELS, BUTLER & MARMARO LLP
   LOUISE ANN FERNANDEZ (Bar No. 86263)
2  JON C. MCNUTT (Bar No. 227761)
   1900 Avenue of the Stars, Seventh Floor
3  Los Angeles, California 90067-4308
   Telephone:  (310) 203-8080
4  Facsimile:   (310) 203-0567

5  Attorneys for Defendant EXHIBIT WORKS
   INCORPORATED
6

7  James Artiano (Bar No. 97394)
   Joanne K. Leighton (Bar No. 165378)
8  Artiano & Associates, APC
   3828 Carson Street, Suite 102
9  Torrance, CA 90503-6706
   Telephone: 310-543-1240
10 Fax: 310-543-9850

11 Attorneys for Plaintiffs KARIN CONKLIN, GREGG
   KURODA and MICHAEL DEPUE
12

13

14            UNITED STATES DISTRICT COURT

15            CENTRAL DISTRICT OF CALIFORNIA

16

| | |
|---|---|
| 17  KARIN CONKLIN, an individual; GREGG KURODA, an individual; MICHAEL DEPUE, an individual | CASE NO.  SACV 10-00357 JVS (MLGx) |
| 18 | **[PROPOSED] ORDER RE THE PARTIES' STIPULATION AND PROTECTIVE ORDER** |
| 19           Plaintiffs, | |
| 20       v. | Magistrate Judge: Marc L Goldman |
| 21  EXHIBIT WORKS INCORPORATED, a California corporation, and DOES 1 through 50, inclusive | Judge: James V. Selna |
| 22 | |
| 23           Defendant. | |

1  Plaintiffs Karin Conklin, Gregg Kuroda, and Michael Depue ("Plaintiffs"), on
2  one hand, and Defendant Exhibit Works Inc. ("Defendant"), on the other hand, by and
3  through their counsel of record, have lodged a Stipulation and Protective Order (the
4  "Stipulation").

5  Having considered the Stipulation of the parties, and good cause appearing, it is
6  hereby ordered that the Stipulation be in full force and effect and binding on the
7  parties as stated therein as of the date below.

**IT IS SO ORDERED.**

DATED:  June 7, 2010

_____
Honorable Marc L. Goldman
United States Magistrate Judge

7057410v1

- 2 -   STIPULATION AND PROTECTIVE ORDER